SICILIAN ASPHALT PAVING COMPANY, Respondent, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.— In an action to recover damages for breach of contract, the plaintiff recovered a judgment against defendant and defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *post*, p. 999.]

HENRY G. WACHSBERGER et al., Respondents, v. LESLIE BEACH, Appellant, et al., Defendants.— Action for an injunction restraining appellant from interfering with respondents' access to and egress from their homes. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

WILLIAM WARD, Plaintiff, v. METROPOLITAN DISTRIBUTORS, INC., Appellant; COLONIAL BEACON OIL COMPANY, INC., Defendant-Respondent, et al., Defendants.— The appellant's truck was leased to the respondent for use in the latter's business, and during such use the plaintiff was injured. Payment was made for plaintiff's injuries, and the court decided the issues raised in the cross complaints asserted by the two defendant corporations against each other. The lease agreement between appellant and respondent provided that appellant would assume the liability of respondent for injuries resulting from the operation of the leased vehicle while being used or operated in the respondent's usual course of business. Judgment in favor of respondent unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *post*, p. 1060.]